DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES ANTWON HASLOM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-2437

[March 8, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth Ann Metzger, Judge; L.T. Case No. 432012CF000655A.

James Antwon Haslom, Perry, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allen R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***